SEMNAR & HARTMAN, LLP
Babak Semnar, Esq. (SBN 224890)
Bob@sandiegoconsumerattorneys.com
Jared M. Hartman, Esq. (SBN 254860)
Jared@sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone (619) 500-4187; Fax (888) 819-8230

Attorneys for Plaintiff
MARIAH KATRINA MOKHTARI

# U.S. DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIAH KATRINA MOKHTARI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ORACLE FINANCIAL GROUP, LLC; DOES 1-10,<br><br>Defendants. | Case No.: 2:16-cv-05417-MWF-JC<br><br>**PLAINTIFF'S UNILATERAL DISMISSAL OF ENTIRE MATTER, AS TO ALL PARTIES AND ALL CAUSES OF ACTION, WITH PREJUDICE, PURSUANT TO RULE 41** |

PLEASE TAKE NOTICE that Plaintiff, MARIAH KATRINA MOKHTARI, hereby voluntarily dismisses this entire matter, as to all causes of action and all parties, with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED: October 4, 2016

SEMNAR & HARTMAN, LLP
*/s/ Jared M. Hartman*
JARED M. HARTMAN, ESQ.
Attorneys for Plaintiff

1
**Plaintiff's Unilateral Dismissal**